No. 11–7373.  REASON v. COURSEY, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION.  C. A. 9th Cir.  Certiorari denied.

No. 11–7378.  CANTRELL v. MCEWEN, ACTING WARDEN, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 11–7384.  ZAVALA v. HOLDER, ATTORNEY GENERAL, ET AL. C. A. 4th Cir.  Certiorari denied.

No. 11–7388.  FLORES v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 11–7390.  GONZALEZ v. GROUNDS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 11–7391.  HARVEY v. CHRISTIE, GOVERNOR OF NEW JERSEY, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–7392.  HAYNES v. TEXAS.  Ct. App. Tex., 1st Dist. Certiorari denied.

No. 11–7393.  GREER v. NELSON, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 11–7394.  HOYER v. HORNE, ATTORNEY GENERAL OF ARIZONA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–7395.  HOLLINGSHEAD v. KANSAS.  Ct. App. Kan. Certiorari denied.

No. 11–7397.  GRAHAM v. PADULA, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 11–7398.  BITON v. UNITED AIRLINES ET AL.  C. A. 2d Cir. Certiorari denied.

